UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEATHER WHITTEMORE, on her own
behalf and others similarly situated,**

    **Plaintiff,**

v.         Case No. 8:09-cv-2075-T-30EAJ

**INFORMA SUPPORT SERVICES, INC.
and KENNETH BOHLIN,**

    **Defendants.**
_____/

## O R D E R

The Court has been advised via a Joint Stipulation of Dismissal With Prejudice (Dkt. #6) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Dale DiMaggio, Esq., 1936 S. Andrews Avenue, Ft. Lauderdale, FL 33316

F:\Docs\2009\09-cv-2075.dismissal 6.wpd